Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov For Los Angeles criminal duty.

CrimIntakeCourtDocs-SA@cacd.uscourts.gov For Santa Ana criminal duty.

CrimIntakeCourtDocs-RS@cacd.uscourts.gov For Riverside criminal duty.

FILED

2026 NOV 19 AM 11:07

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY KMA

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA, PLAINTIFF

v.

Nathan Daniel Angel, DEFENDANT

USMS# ____________

CASE NUMBER: 2:26-CR-00740-PA

**REPORT COMMENCING CRIMINAL ACTION**

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 11/19/2026 at 0600 ☒ AM ☐ PM
   or
   The defendant was arrested in the ________ District of ________ on ________ at ______ ☐ AM ☐ PM
2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No
3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No
4. Charges under which defendant has been booked:

   18 U.S.C. § 1992 Violence Against Railroad Carriers; 18 U.S.C. § 371 Conspiracy to Commit Railroad Cargo
5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor
6. Interpreter Required: ☒ No ☐ Yes Language: ____________
7. Year of Birth: 2005
8. Defendant has retained counsel: ☒ No
   ☐ Yes Name: ____________ Phone Number: ____________
9. Name of Pretrial Services Officer notified: E-mailed
10. Remarks (if any): ____________
11. Name: Krysta Walicki (please print)
12. Office Phone Number: 562-545-1926
13. Agency: HSI
14. Signature: Krysta Walicki
15. Date: 11/19/2026