FILED

2026 NOV 19 AM 11:07

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY KMA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF,<br>v.<br>NATHAN DANIEL ANGEL,<br>DEFENDANT | CASE NUMBER:<br>2:26-cr-00740-PA 1<br>**WARRANT FOR ARREST** |

To: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest **NATHAN DANIEL ANGEL** and bring him forthwith to the nearest Magistrate Judge to answer an Indictment charging him with violations of 18 U.S.C. § 371: Conspiracy to Commit Interstate Railroad Cargo Theft, Possession or Receipt of Stolen Interstate Railroad Cargo, and Violence Against Railroad Carriers; 18 U.S.C. § 659: Theft of Interstate Railroad Cargo and Possession or Receipt of Stolen of Interstate Railroad Cargo; 18 U.S.C. § 1992(a)(1): Violence Against Railroad Carriers

Brian Karth
NAME OF ISSUING OFFICER

Clerk of Court
TITLE OF ISSUING OFFICER

Krisia M
SIGNATURE OF DEPUTY CLERK

UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

November 10, 2026 Los Angeles, CA
DATE AND LOCATION OF ISSUANCE

By: HON. CHARLES EICK
NAME OF JUDICIAL OFFICER

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION)

Los Angeles, CA

DATE RECEIVED

Matthew Farrell
NAME OF ARRESTING OFFICER

11/19/2026
DATE OF ARREST

Supervisory Special Agent
TITLE

SIGNATURE OF ARRESTING OFFICER

DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO